# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134124

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RODERICK SPEARS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134124
COA: 267572
Wayne CC: 05-007354-01

_____/

      On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

p0830